## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>NINTENDO OF AMERICA INC.,<br><br>               Defendant. | C.A. No. 12-341-LPS |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Nintendo of America Inc. ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendant's claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 8, 2013

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (No. 922)<br>Stephen B. Brauerman (No. 4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Data Carriers, LLC* | /s/ Richard L. Horwitz<br>Richard L. Horwitz (No. 2246)<br>David E. Moore (No. 3983)<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Nintendo of America Inc.* |

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

OF COUNSEL:

Michael A. Tomasulo
David K. Lin
WINSTON & STRAWN, LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
(213) 615-1700